JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SELLER AGENCY COUNCIL, INC., | ) | SA CV 06-679 AHS(MLGx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| KENNEDY CENTER FOR REAL ESTATE EDUCATION, INC., et al., | ) | |
| Defendants. | ) | |
| AND RELATED COUNTERCLAIMS. | ) | |

IT IS ORDERED AND ADJUDGED that judgment in favor of defendants on the Complaint and in favor of counter defendants on the Counterclaim is granted, and that all parties bear their own costs of suit. Counter defendants are permanently enjoined from making use of counter-claimants' intellectual property as set forth in paragraphs 1 and 2 of the Court's Findings of Fact and Conclusions of Law in Support of Judgment for Defendants and Counter Defendants.

DATED: September  29 , 2008.

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE