**JS6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| SELLER AGENCY COUNCIL, INC., | ) | SA CV 06-679 AHS(MLGx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| KENNEDY CENTER FOR REAL ESTATE EDUCATION, INC., et al., | ) | |
| Defendants. | ) | |
| AND RELATED COUNTERCLAIMS. | ) | |

This matter, having been remanded for additional findings and entry of judgment, and the Court, having duly considered the parties' post-remand briefing on acquiescence (Phase One), and defendants/counterclaimants' motion for damages, costs, and fees (Phase Two), and adjudications therein having been duly rendered,

//

//

//

IT IS ORDERED AND ADJUDGED:

1. Plaintiff/counter-defendants shall take nothing from defendants/counterclaimants;

2. Defendants/counterclaimants shall have judgment against counter-defendants jointly and severally for lost profits in the sum of $151,950.00 and defendants/counterclaimants shall recover from plaintiff/counter-defendants jointly and severally their costs in the sum of $13,088.08; and,

3. Counter-defendants are permanently enjoined from making use of counterclaimants' intellectual property, including but not limited to, the real estate seller agency designation program ("the ASR program") and the related trademarks ("the ASR Trademarks"), and other intellectual property as more fully stated in paragraph 7(c) of the Final Pretrial Conference Order (collectively, "the intellectual property"). The ASR Trademarks include the following federal registrations: 3,071,769; 3,088,326; 8,093,851; 8,139,782; 8,325,443; and 3,240,837.

DATED: July 13, 2011.

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE